# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                     **Crim. No. 5:18-CR-00109-1FL**

**KELLY WILLIAMS GODFREY**

On June 12, 2017, the above named was released from custody and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: May 14, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___14th___ day of _____May_____, 2019.

Louise W. Flanagan
U.S. District Judge